**ORIGINAL**

SCHRECK BRIGNONE
Andrew S. Brignone, Nevada Bar No. 751
Adam P. Segal, Nevada Bar No. 6120
Michael A. Kristof, Nevada Bar No. 7780
300 South Fourth Street, Ste. 1200
Las Vegas, Nevada 89101
Off:  (702) 382-2101
Fax:  (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST, AND TRUSTEES FOR THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PIPE JACKING UNLIMITED, INC., a Nevada corporation, TONY DE AGUIAR, an individual, DARBY NEAGLE ENTERPRISES, a Nevada corporation, LAS VEGAS PAVING CORPORATION, a Nevada corporation, CONTRI CONSTRUCTION COMPANY, a Nevada corporation, and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. CV-S-02-1391-PMP-PAL<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL OF DARBY NEAGLE ENTERPRISES ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust, and

13

Trustees for the Southern Nevada Laborers Local 872 Training Trust, dismiss its claims against Darby Neagle Enterprises with prejudice.

DATED: November 26, 2002

SCHRECK BRIGNONE

Adam P. Segal, Nevada Bar No. 6120
Michael A. Kristof, Nevada Bar No. 7780
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Schreck Brignone and that on this day I deposited for mailing in the U.S. Mail at Las Vegas, Nevada, a true copy of the Plaintiffs' Voluntary Dismissal of Darby Neagle Enterprises Only enclosed in a sealed envelope upon which first class postage was prepaid to:

Pipe Jacking Unlimited, Inc.
c/o Corporation Services of Nevada
Resident Agent
4560 South Decatur Boulevard
Suite 202
Las Vegas, Nevada 89103

James M. Barker, Esq.
Gifford, Vernon & Barker
3110 South Rainbow Boulevard
Suite 105
Las Vegas, Nevada 89146
Attorneys for Las Vegas Paving Corporation

Tony DeAguiar
12627 Ridgecrest Drive
Rancho Cucamonga, CA 91739-2345

Darby Neagle Enterprises
c/o Law Offices of Gary G. Branton, Esq.
Gary G. Branton, Esq.
1830 E. Sahara Avenue, Ste. 209
Las Vegas, NV 89104

Anthony D. Guenther, Esq.
McDonald Carano Wilson LLP
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas, Nevada 89102
Off: 873-4100
Fax: 873-9966
Attorneys for Contri Construction

Bonnie N Long
Managing Analyst Claims
Safeco Insurance Companies
Southwest Region - Fountain Valley
Against for Safeco Insurance Co. of America
17570 Brookhurst Street
Fountain Valley, CA 92708-4792

DATED: November 27, 2002

_____
An Employee of Schreck Brignone

SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

- 3 -