ORIGINAL
RECEIVED

1   SCHRECK BRIGNONE
    Andrew S. Brignone, Esq., Nevada Bar No. 751
2   Adam P. Segal, Nevada Bar No. 6120
    Michael A. Kristof, Nevada Bar No. 7780
3   300 South Fourth Street, Ste. 1200
    Las Vegas, Nevada 89101
4   Off:   (702) 382-2101
    Fax:   (702) 382-8135
5   Attorneys for Plaintiffs

6

7                  UNITED STATES DISTRICT COURT

8                       DISTRICT OF NEVADA

9   TRUSTEES OF THE CONSTRUCTION          ) Case No. CV-S-02-1391-PMP-PAL
    INDUSTRY AND LABORERS HEALTH          )
10  AND WELFARE TRUST; TRUSTEES OF        )
    THE CONSTRUCTION INDUSTRY AND         )
11  LABORERS JOINT PENSION TRUST;         )
    TRUSTEES OF THE CONSTRUCTION          )
12  INDUSTRY AND LABORERS                 ) STIPULATION AND ORDER TO
    VACATION TRUST, AND TRUSTEES          ) DISMISS CONTRI
13  FOR THE SOUTHERN NEVADA               ) CONSTRUCTION COMPANY
    LABORERS LOCAL 872 TRAINING           ) ONLY
14  TRUST,                                )
                                          )
15                          Plaintiffs,   )
                                          )
16  vs.                                   )
                                          )
17  PIPE JACKING UNLIMITED, INC., a       )
    Nevada corporation, TONY              )
18  DE AGUIAR, an individual, DARBY       )
    NEAGLE ENTERPRISES, a Nevada          )
19  corporation, LAS VEGAS PAVING         )
    CORPORATION, a Nevada corporation,    )
20  CONTRI CONSTRUCTION COMPANY, a        )
    Nevada corporation, and SAFECO        )
21  INSURANCE COMPANY OF AMERICA,         )
                                          )
22                          Defendants.   )
                                          )

23          IT IS HEREBY STIPULATED between the Trustees of the Construction Industry and

24  Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint

25  Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and

26  Trustees for the Southern Nevada Laborers Local 872 Training Trust (collectively "Laborers

27  Joint Trust Funds") and Defendant Contri Construction Company through their respective

SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

# ORIGINAL

1   attorneys, that the above-entitled action against Contri Construction Company shall be

2   dismissed with prejudice, and each party to bear its own costs and attorneys' fees.

3       This dismissal applies only to the action against Contri Construction Company, and

4   no others.

5

6   SCHRECK BRIGNONE                    MCDONALD CARANO WILSON LLP

7

8   Michael A. Kristof, Esq.            Anthony D. Guenther, Esq.

9   300 South Fourth Street             2300 West Sahara Avenue
    Suite 1200                          No. 10, Suite 1000

10  Las Vegas, Nevada 89101             Las Vegas, Nevada 89102
    Telephone: (702) 382-2101           Off: 873-4100

11  Facsimile:  (702) 382-8135          Fax: 873-9966

12  Attorneys for Plaintiffs            Attorneys for Contri Construction

13  Dated: February 2/, 2003            Dated: February 21, 2003

14

15                                      O R D E R

16      IT IS SO ORDERED.

17                                      U.S. District Court Judge/ ~~Magistrate~~

18                                      Dated: _____2-25-03_____

19                                      Case No. CV-S-02-1391-PMP-PAL

20

21

22

23

24

25

26

27

- 2 -

SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101