ORIGINAL

FILED          RECEIVED
ENTERED        SERVED ON
               PARTIES OF RECORD

2003 APR 28   A 11: 53

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

1 | SCHRECK BRIGNONE
Andrew S. Brignone, Esq., Nevada Bar No. 751
2 | Adam P. Segal, Nevada Bar No. 6120
Michael A. Kristof, Nevada Bar No. 7780
3 | 300 South Fourth Street, Ste. 1200
Las Vegas, Nevada 89101
4 | Off:   (702) 382-2101
Fax:   (702) 382-8135
5 | Attorneys for Plaintiffs

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9 | TRUSTEES OF THE CONSTRUCTION ) Case No. CV-S-02-1391-PMP-PAL
INDUSTRY AND LABORERS HEALTH )
10 | AND WELFARE TRUST; TRUSTEES OF )
THE CONSTRUCTION INDUSTRY AND )
11 | LABORERS JOINT PENSION TRUST; )
TRUSTEES OF THE CONSTRUCTION )
12 | INDUSTRY AND LABORERS VACATION ) **STIPULATION AND ORDER TO**
TRUST, AND TRUSTEES FOR THE ) **DISMISS PIPE JACKING**
13 | SOUTHERN NEVADA LABORERS LOCAL ) **UNLIMITED, INC., TONY**
872 TRAINING TRUST, ) **DE AGUIAR AND SAFECO**
14 | ) **INSURANCE COMPANY OF**
Plaintiffs, ) **AMERICA**
15 | )
vs. )
16 | )
PIPE JACKING UNLIMITED, INC., a )
17 | Nevada corporation, TONY )
DE AGUIAR, an individual, DARBY )
18 | NEAGLE ENTERPRISES, a Nevada )
corporation, LAS VEGAS PAVING )
19 | CORPORATION, a Nevada corporation, )
CONTRI CONSTRUCTION COMPANY, a )
20 | Nevada corporation, and SAFECO )
INSURANCE COMPANY OF AMERICA, )
21 | )
Defendants. )
22 | _____ )

23 |     IT IS HEREBY STIPULATED AND AGREED between the Trustees of the Construction

24 | Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and

25 | Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust,

26 | and Trustees for the Southern Nevada Laborers Local 872 Training Trust (collectively "Laborers

27 | Joint Trust Funds") and Defendants Pipe Jacking Unlimited, Inc. ("Pipe Jacking"), Tony

SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

32

1  De Aguiar ("De Aguiar"), and Safeco Insurance Company of America ("Safeco"),  by and

2  through their respective attorneys of record, that the above-entitled action against Pipe Jacking,

3  De Aguiar, and Safeco shall be dismissed with prejudice, and each party to bear its own costs

4  and attorneys' fees.

5  SCHRECK BRIGNONE

6

7  Michael A. Kristof, Esq.

8  300 South Fourth Street, Suite 1200
   Las Vegas, Nevada 89101

9  Telephone: (702) 382-2101
   Facsimile:   (702) 382-8135

10  Attorneys for Plaintiffs

11

12  Dated: April 23, 2003

13

14

15  **IT IS SO ORDERED.**

16

17

18

19

20

21

22

23

24

25

26

27

PERKINS & MILTNER, LLP

William L. Miltner, Esq.
750 B Street, Suite 2800
San Diego, CA 92101-8132
Off: (619) 615-5333
Fax:  (619) 615-5334

Attorneys for Pipe Jacking Unlimited, Tony
De Aguiar, and Safeco Insurance Company of
America

Dated: April 22, 2003

**O R D E R**

U.S. District Court Judge/ Magistrate

Dated: ___1 - 1 - 03___

**Case No. CV-S-02-1391-PMP-PAL**

SCHRECK BRIGNONE
300 South Fourth Street
Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

- 2 -